UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 05-836 (FSH) |
| v. | |
| STANLEY THEODORE, | **ORDER** |
| Defendant. | |

This matter being before the Court on Defendant Stanley Theodore's Motion to Waive the community confinement condition of his supervised release; and the Court having reviewed the parties' submissions, as well as that of the United States Probation Office; and for good cause shown,

**IT IS** on this 7th day of August, 2008,

**ORDERED** that Defendant's [23] motion is hereby **GRANTED**.

/s/ Faith S. Hochberg
United States District Judge